**AFFIDAVIT**  1:20MJ2036

Your Affiant, Matthew R. Curley, deposes and states:

1. Your Affiant is a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), United States Department of Justice, and has been so employed since May 2019.  Prior to becoming a Task Force Officer, your Affiant was a Parole Officer from April 2017 until the present. Your Affiant has completed the Corrections Training Academy, the ATF Crime Gun Investigative Training, and the Cuyahoga County Medical Examiner's DNA forensic training. Your Affiant has also completed a Bachelor of Arts in Political Science and German language at Heidelberg University.  In addition to the firearms related training in these courses, your Affiant has also conducted and participated in numerous investigations involving firearms, firearms trafficking, and narcotics.

**PROBABLE CAUSE**

**A. November 21, 2019 1606 W. 18th ST Lorain, Ohio**

2. On November 26, 2019 Ronald MICKEL was arrested by State of Ohio Parole Officers Daniel Riley and Jeff Jones after being found to be in possession of ammunition and marijuana.

3. On January 4, 2019, MICKEL was sentenced to complete two (2) years of community control supervision in the Lorain County Clerk of Court of Common Pleas case 18CR099195 after he was convicted of Domestic Violence (F-3) Ohio Revised Code 2919.25(A).

4. On November 8, 2019, State of Ohio Parole Officer Daniel Riley received reliable information that MICKEL was in possession of a firearm and that he keeps under his bed in a lockbox.

5. On November 21, 2019 MICKEL reported to the Lorain Adult Parole Authority (APA) office as directed by Officer Riley to complete an Ohio Risk Assessment and to complete a urinalysis.  MICKEL tested positive for THC and Officer Riley staffed his findings with Parole Services Supervisor (PSS) Jacqueline Miller.   PSS Miller advised Officer Riley to conduct a probable cause search of MICKEL'S APA approved residence.

6. On November 26, 2019 Parole Officers Dan Riley and Jeff Jones proceeded to 1606 W. 18TH ST. Lorain, OH 44052 to establish contact with MICKEL prior to their search. MICKEL was placed into handcuffs and detained for Officer Safety and to complete a security sweep of the residence.

7. During the search of the home, Parole Officer Riley discovered a plastic sandwich baggie containing approximately 16.13 grams of suspected marijuana in a spare bedroom of the home.  Parole Officer Jones located 32 rounds of 9mm Luger FMJ ammunition with headstamp "FC" inside a closet of the living room, within the breast pocket of a men's suit jacket, believed to be MICKEL'S suit.  It should be noted that MICKEL is the only known male inhabitant.  Further search, Officer Jones, located a sandwich baggie containing approximately 3.85 grams suspected marijuana inside a glass cabinet of the living room.

8. Upon Officer Jones discovering the ammunition, MICKEL stated, "that's not mine.  I found that in the basement when I moved in and moved it upstairs so nobody would

mess with it."  MICKEL was read his Miranda rights and did not wish to further speak to the Officers present without legal counsel.

### C. February 5, 2020 - Interstate Nexus Determination

9. On February 5, 2020 ATF Interstate Nexus Expert Special Agent Joshua Snyder examined the aforementioned ammunition recovered by the Adult Parole Authority. Special Agent Snyder noted in his report.  Special Agent Snyder further noted one manufacturer of the ammunition recovered. Thirty-two (32) rounds of ammunition bearing the head stamp "FC 9 mm LUGER" was manufactured and/or assembled by Federal Cartridge Corp. in Minnesota, United States. Thus, the aforementioned ammunition must of traveled in interstate commerce to be found in the state of Ohio.

### D. CONCLUSION

10. Based upon the above listed facts and circumstances, your Affiant believes and asserts that there is probable cause to believe on November 26, 2019, MICKEL did unlawfully, knowingly possess ammunition in and affecting interstate commerce after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, U.S.C., Section 922(g)(1). MICKEL was previously convicted of Aggravated Robbery with Firearms Specifications (a felony of the 2nd degree) in Lorain County Court of Common Pleas case 97CR051266, Assault (a felony of the 4th degree) in Lorain County Court of Common Pleas case 13CR087987, Domestic Violence (a felony of the 4th degree) in Lorain County Court of Common Pleas case 13CR088064, Domestic Violence (a felony of the 3rd degree)and Intimidation of a Victim (a felony of the 3rd

degree) in Lorain County Court of Common Pleas case 14CR090315, Domestic Violence (a felony of the 3rd degree) in Lorain County Court of Common Pleas case 14CR090706, Burglary ( a felony of the 2nd degree) and Domestic Violence (a felony of the 3rd degree) in Lorain County Court of Common Pleas case 15CR091836 and Domestic Violence (a felony of the 3rd degree) in Lorain County Court of Common Pleas case 18CR099195. The above violations were committed in the Northern District of Ohio, Eastern Division. Your Affiant requests that an arrest warrant be issued for Ronald MICKEL.

_____
Matthew Curley Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 4.1 and 41(d)(3), on this __6th__ day of February, 2020.

_____
David A. Ruiz
United States Magistrate Judge
Northern District of Ohio
Eastern Division